# United States District Court
## Southern District of Georgia

TYLER BRENT CLIFTON,

Plaintiff,

v.

JEFF DAVIS COUNTY, GEORGIA; and RAY WOOTEN, HUGH BRANTLEY, WANDA MARCHANT, WAYNE HALL, CARLA ROBERTS POWELL, and SHERIFF PRESTON BOHANNON, Individually,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:16-cv-108

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order granting Defendants Jeff Davis County, Ray Wooten, Hugh Brantley, Wanda Marchant, Wayne Hall, Carla Roberts Powell, and Sheriff Preston Bohannon's Motion for Summary Judgment, this case is dismissed and stands closed.

Approved by: _____

June 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk